**VERSCHOYLE v. McDANIELS et al.**

No. 18754.   Opinion Filed Oct. 18, 1927.

(Syllabus.)

**Appeal and Error—Dismissal of Appeal not Perfected Within Six Months.**

Where petition in error is not filed in this court until after the expiration of six months from the date of the final judgment complained of, this court has no jurisdiction over the subject-matter, and the appeal will be dismissed.

Error from District Court, Stephens County; M. W. Pugh, Judge.

Action between C. H. Verschoyle and Laura Lee McDaniels et al. From the judgment, the former brings error. Dismissed.

Womack, Brown & Cund, for plaintiff in error.

H. W. Sitton, for defendants in error.

PER CURIAM. This is an appeal from the judgment of the district court of Stephens county rendered on the 17th day of February, 1927. The motion for new trial was overruled on the 18th day of March, 1927. The petition in error with case-made attached was filed in this court on September 21, 1927.

The defendants in error have filed herein their motion to dismiss the appeal in this cause for the reason that this proceeding was not commenced within six months from the rendition of the judgment or order overruling a motion for new trial.

Section 798, C. O. S. 1921, provides that all proceedings for reversing, vacating, or modifying a judgment or final order shall be commenced within six months from the rendition of the judgment or final order complained of.

In the case of Gilmore v. Smith et al., 93 Okla. 4, 219 Pac. 92, this court said:

"Since the appeal was not lodged in this court until more than six months after the judgment complained of was rendered, this court has no jurisdiction over the subject-matter of said action, and the motion of the defendants in error to dismiss the same is sustained." Wagnon v. Davison, 79 Okla. 209, 129 Pac. 565; McDonnell v. Continental Supply Co., 79 Okla. 286, 193 Pac. 524; Hall v. Bank of Commerce, 80 Okla. 40, 193 Pac. 990; Brown v. Parks, 80 Okla. 184, 195 Pac. 133.

The time in which to file the appeal in this action expired on September 18, 1927. Since petition in error with case-made attached was not filed in this court until September 21, 1927, this court is without jurisdiction to hear and determine the same, and the appeal is dismissed.

Note.—See 3 C. J. p. 1081, §1091; 4 C. J. p. 566, §2380; p. 580, §2390; 2 R. C. L. p. 104; 1 R. C. L. Supp. p. 398; 4 R. C. L. Supp. p. 81; 6 R. C. L. Supp. p. 67.